# EXHIBIT 1



6201 South Freeway
Fort Worth, Texas 76134-2099

Phone: +1(817)-302-5716
Email: christopher.cook@alcon.com
www.alcon.com

September 13, 2021

**BY EMAIL**

Denise DeFranco
Johnson & Johnson, Inc.
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933
ddefran1@ITS.JNJ.com

Notice of Dispute under Confidential Settlement Agreement dated June 30, 2006

Dear Denise,

I write as designee on behalf of Alcon Inc. and its affiliates as successors to Alcon, Inc., Alcon Laboratories, Inc., and Alcon Manufacturing, Ltd. (collectively, "**Alcon**") to you as designee for Johnson & Johnson Surgical Vision, Inc. ("**JJSVI**") as successor to the obligations of Advanced Medical Optics, Inc. ("**AMO**") pursuant to the Confidential Settlement Agreement between AMO and Alcon effective June 30, 2006 ("**Agreement**"), and further to our prior correspondence concerning this matter.

This letter serves to notify JJSVI of a dispute under Section VII of the Agreement.

Alcon believes that the Catalys Precision Laser System (in particular, the cOS 6.0 software implementation thereof), which is marketed by JJSVI and/or its affiliates, directly and/or indirectly infringes the claims of U.S. Patent No. 8,903,145 (titled "*Method And Apparatus For Image Processing For Computer-Aided Eye Surgery*"), U.S. Patent No. 10,368,948 (titled "*Real-Time Surgical Reference Indicium Apparatus And Methods For Astigmatism Correction*"), European Patent No. 2,373,207 and European Patent No. 2,184,005 (both titled "*Method And Apparatus For Image Processing For Computer-Aided Eye Surgery*").

Section 7.1 of the Agreement requires the parties to attempt to resolve this dispute amicably within 21 days. I propose that our respective outside counsel copied on this correspondence discuss next steps in that regard.

Sincerely,

*/s/ R. Christopher Cook*

**R. Christopher Cook**

Global Head, Litigation and Government Investigations

Denise DeFranco
September 13, 2021
Page 2


Copies (by email) to:
    Michael A. Morin, Latham & Watkins LLP
    Jeanne M. Heffernan, Kirkland & Ellis LLP