IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., TRUEVISION SYSTEMS, INC., and ALCON PHARMACEUTICALS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Defendants. | C.A. No. _____ <br><br> **JURY TRIAL DEMANDED** |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs ALCON, Inc., Truevision Systems, Inc. and ALCON Pharmaceuticals LTD. state that as follows:

ALCON, Inc. is a publicly traded company.

Truevision Systems, Inc. is an indirect wholly owned subsidiary of ALCON Inc., a publicly traded company.

ALCON Pharmaceuticals LTD is an indirect wholly owned subsidiary of ALCON Inc., a publicly traded company.

No publicly traded company owns 10% or more of the stock of ALCON, Inc.

| | |
|---|---|
| DATED:  December 23, 2021 | Respectfully submitted, |
| | SHAW KELLER LLP |
| | |
| | /s/ John W. Shaw |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Jeanne Heffernan | Karen E. Keller (No. 4489) |
| KIRKLAND & ELLIS LLP | Shaw Keller LLP |
| 401 Congress Avenue | I.M Pei Building |
| Austin, TX 78701 | 1105 North Market Street, 12 Floor |
| (512) 678-9123 | Wilmington, DE 19801 |
| | (302) 298-0700 |
| Gregg F. LoCascio | |
| Sean M. McEldowney | *Attorneys for Plaintiffs* |
| Noah S. Frank | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, DC 20004 | |
| (202) 389-5000 | |
| | |
| Caroline Lourgos | |
| KIRKLAND & ELLIS LLP | |
| 300 North LaSalle | |
| Chicago, IL 60654 | |
| (312) 862-2000 | |
| | |
| Kristen P.L. Reichenbach | |
| KIRKLAND & ELLIS LLP | |
| 555 California Street | |
| San Francisco, CA 94104 | |
| (415) 439-1400 | |