IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., TRUEVISION SYSTEMS, INC. and ALCON PHARMACEUTICALS LTD., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 21-1804 (CFC) |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants to move, answer, or otherwise respond to the Complaint is extended through and including February 18, 2022.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John W. Shaw* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com | Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> araucci@morrisnichols.com |
| *Attorneys for Plaintiffs Alcon Inc., Truevision Systems, Inc., Alcon Research, LLC and Alcon Pharmaceuticals Ltd.* | *Attorneys for Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc. and Johnson & Johnson Surgical Vision, Inc.* |

SO ORDERED this _____ day of _____, 2022.

_____
Chief, United States District Judge