IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., TRUEVISION SYSTEMS, INC. and ALCON PHARMACEUTICALS LTD., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 21-1804 (CFC) |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., ) ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc. (collectively, "J&J") move the Court for an order dismissing with prejudice Plaintiffs Alcon Inc., TrueVision Systems, Inc., and Alcon Pharmaceuticals Ltd.'s Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in J&J's opening brief filed contemporaneously herewith.

<table>
<tr><td>

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Gabriel K. Bell
Ashley M. Fry
Kelley M. Storey
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

Roger J. Chin
Gabriel S. Gross
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 491-0600

Jacob T. Whitt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

February 18, 2022

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AMO Development, LLC,*
*AMO Manufacturing USA, LLC,*
*AMO Sales and Service, Inc. and*
*Johnson & Johnson Surgical Vision, Inc.*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., TRUEVISION SYSTEMS, INC. and ALCON PHARMACEUTICALS LTD., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 21-1804 (CFC) ) |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER

WHEREAS, Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc., having moved to dismiss with prejudice Plaintiffs Alcon Inc., TrueVision Systems, Inc., and Alcon Pharmaceuticals Ltd.'s Complaint (D.I. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any opposition and reply thereto,

IT IS HEREBY ORDERED this \_\_\_\_ day of _____, 2022 that the Motion is **GRANTED**.

_____
The Honorable Colm F. Connolly

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 18, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Jeannie Heffernan, Esquire<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX  78701<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Gregg LoCascio, Esquire<br>Sean M. McEldowney, Esquire<br>Noah S. Frank, Esquire<br>Hannah L. Bedard, Esquire<br>Socrates Boutsikaris, Esquire<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

2

Caroline Lourgos, Esquire                                    *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
*Attorneys for Plaintiffs*

Kristen P.L. Reichenbach, Esquire                            *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
*Attorneys for Plaintiffs*

                                                */s/ Anthony D. Raucci*
                                                _____
                                                Anthony D. Raucci (#5948)